IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00052-RPM

TIMOTHY NORWOOD,

    Plaintiff,

v.

ITT SYSTEMS CORP.,

    Defendant.

_____

ORDER SETTING TRIAL DATE
_____

Pursuant to the pretrial conference today, it is

ORDERED that this matter is set for trial to jury on **August 15, 2011, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

DATED:   March 25th , 2011

                                              BY THE COURT:

                                              s/Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior District Judge