IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00052-RPM

TIMOTHY NORWOOD,

    Plaintiff,

v.

ITT SYSTEMS CORP.,

    Defendant.

___

ORDER FOR DISMISSAL
___

Pursuant to the Stipulation of Dismissal with Prejudice [34] filed July 25, 2011, it is

ORDERED that this action is dismissed with prejudice, each part to bear their own fees and costs.

DATED: July 25th, 2011

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge